UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL VASQUEZ, | CASE NO. CV 13-04340 MMM (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| R.E. BARNES, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of EMMANUEL VASQUEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 31, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE